# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Heather Young Bird, | ) | |
| | ) | Case No. 4:13-cr-082 |
| Defendant. | ) | |

Defendant has retained the services of attorney Jeff Bredahl, who filed a notice of appearance as defense counsel on November 4, 2014. Accordingly, attorney Jeff Bredhal shall be substituted as counsel of record for defendant. Attorney Scott Brand is **GRANTED** leave to withdraw.

Dated this 6th day of November, 2014.

**IT IS SO ORDERED.**

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court